# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-3951

_____

United States of America

*Plaintiff - Appellee*

v.

Paul Vigliotti

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: April 14, 2017
Filed: April 19, 2017
[Unpublished]

_____

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Paul Vigliotti directly appeals the sentence the district court[1] imposed upon revoking his supervised release. His revocation sentence is composed of a ten-month

---

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

prison term, plus a ten-year term of supervised release, with conditions. His counsel has moved for leave to withdraw, and has filed a brief challenging Vigliotti's supervised-release term as unduly long. Vigliotti has filed a pro se brief challenging two special conditions of supervised release, and also challenging the length of his supervised-release term.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing Vigliotti's revocation sentence, including the challenged aspects of the supervised release. See United States v. Asalati, 615 F.3d 1001, 1006-07 (8th Cir. 2010) (standard of review for substantive reasonableness of length of supervision); United States v. Simons, 614 F.3d 475, 478-79 (8th Cir. 2010) (standard of review for imposition of special conditions of supervised release). We affirm the judgment, and we grant counsel's motion to withdraw.

_____